IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18-CR-202 |
| vs. | ORDER |
| ALYSSA ANDERSON, | |
| Defendant. | |

IT IS ORDERED:

1. The government's motion to dismiss (filing 71) is granted.

2. The petition for offender under supervision (filing 60) is dismissed.

3. The June 20, 2024 hearing is cancelled.

Dated this 14th day of June, 2024.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge